M.D. Appeal Dkt.
49 MAP 2020

**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 58 MAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JORDAN ADONIS RAWLS, | : | |
| | : | |
| Petitioner | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, his 17th day of August, 2020, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below.  Allocatur is **DENIED** as to the remaining issue.  The issue, as stated by petitioner, is:

> Whether police, to protect a person's sixth amendment rights, must do more than administer *Miranda* warnings when the person is subject to police custodial interrogation and police deliberately fail to disclose that criminal charges have already been filed?